# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| GORSS MOTELS, INC., a Connecticut corporation, individually and as the representative of a class of similarly-situated persons, | )<br>)<br>)<br>)<br>) |
| Plaintiff, | ) Civil Action No. 0:17-cv-60731 |
| v. | ) **CLASS ACTION** |
| FREE RX SAVER, INC., a Florida corporation, and JOHN DOES 1-5, | )<br>)<br>) |
| Defendants. | ) |

## JOINT STIPULATION OF VOLUNTARY DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) Plaintiff in this action, Gorss Motels, Inc., and Defendant, Free Rx Saver , Inc., by and through their undersigned counsel, hereby stipulation to the dismissal this action with prejudice as to Gorss Motels, Inc. only, without prejudice as to the members of the putative class, each side to bear its own costs and fees.

Respectfully submitted,

| | |
|---|---|
| ANDERSON + WANCA | LAW OFFICES OF SHELDON ZIPKIN |
| 3701 Algonquin Road | 2020 NE 163rd Street, Suite 300 |
| Suite 500 | North Miami Beach, FL  33162 |
| Rolling Meadows, IL 60008 | Telephone: (305) 944-9100 |
| Telephone:  (847) 368-1500 | |
| By: */s/* Ryan M. Kelly | By: */s/* Sheldon Zipkin (with permission) |
| Ryan M. Kelly, Esq. – FL Bar: 90110 | Sheldon Zipkin, Esq. – FL Bar: 313300 |
| rkelly@andersonwanca.com | sheldonzipkin@gmail.com |
| | |
| *Counsel for Plaintiff* | *Counsel for Defendant* |

## **CERTIFICATE OF SERVICE**

  I hereby certify that on November 19, 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record.

                s/  Ryan M. Kelly