UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 17-60731-CIV-MARRA

GORSS MOTELS, INC., a
Connecticut corporation, individually,
and as the representative of a class
of similarly situated persons,

       Plaintiff,

vs.

FREE RX SAVER, INC.,
a Florida corporation, and
JOHN DOES 1-5,

       Defendants.
_____/

**ORDER CLOSING CASE**

THIS CAUSE is before the Court upon the Joint Stipulation of Voluntary Dismissal [DE 14]. This type of dismissal is self-executing. Upon the filing of such a dismissal, the Court is divested of jurisdiction. *Anago Franchising, Inc. v. Shaz, LLC*, 677 F.3d 1272, 1278 (11th Cir. 2012).

Accordingly, it is hereby **ORDERED AND ADJUDGED** that the **CLERK** shall **CLOSE** this case. All **PENDING MOTIONS** are **DENIED AS MOOT**.

**DONE AND ORDERED** in Chambers at West Palm Beach, Palm Beach County, Florida, this 20th day of November, 2018.

                                                     KENNETH A. MARRA
                                                     United States District Judge